NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAXTER HEALTHCARE CORPORATION, BAXTER HEALTHCARE SA, AND BAXTER INTERNATIONAL, INC.,**
*Plaintiffs-Appellants,*

AND

**DEKA PRODUCTS LIMITED PARTNERSHIP,**
*Plaintiff-Appellant,*

v.

**FRESENIUS MEDICAL CARE HOLDINGS, INC., FRESENIUS MEDICAL CARE NORTH AMERICA, AND FRESENIUS USA, INC.,**
*Defendants-Appellees.*

---

2011-1268

---

Appeal from the United States District Court for the Northern District of California in case no. 07-CV-1359, Judge Phyllis J. Hamilton.

-------------------------------------------------

---

**BAXTER HEALTHCARE CORPORATION, BAXTER HEALTHCARE SA, AND BAXTER INTERNATIONAL, INC.,**

*Plaintiffs-Appellees,*

**AND**

**DEKA PRODUCTS LIMITED PARTNERSHIP,**
*Plaintiff-Appellee,*

**v.**

**FRESENIUS MEDICAL CARE HOLDINGS, INC.,
FRESENIUS MEDICAL CARE NORTH AMERICA,
AND FRESENIUS USA, INC.,**
*Defendants-Appellants.*

---

2011-1302

---

Appeal from the United States District Court for the Northern District of California in case no. 07-CV-1359, Judge Phyllis J. Hamilton.

---

**ON MOTION**

---

**O R D E R**

Fresenius Medical Care Holdings, Inc., Fresenius Medical Care North America, and Fresenius USA, Inc., move without opposition to withdraw their cross-appeal no. 2011-1302.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011-1302 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2011-1302.

(3) The revised official caption for 2011-1268 is reflected above.

FOR THE COURT

SEP 2 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David K. Callahan, Esq.
     Maureen K. Toohey, Esq.
     Juanita R. Brooks, Esq.

s21

Issued As A Mandate (As To 2011-1302 Only): SEP 2 2 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2011

JAN HORBALY
CLERK